# Formal Complaint and Human Rights Violations Allegation

In The Matter Of:
Pablo David Reyes Ponce
*Petitioner*

3:25-CV-489
15JT
IFP
#4

[DETAINED]

## Formal Complaint Regarding Violations of Human Right, International treaties and Failure of Duty of Care By the United States Government

RECEIVED
DEC 0 8 2025
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

## I. INTRODUCTION

I, **Pablo Reyes Ponce**, an Ecuadorian citizen with identification number A#244086926 and **Wilmin Jimenez**, a Dominican citizen with the identification number A#206194765, respectfully submit this formal complaint regarding the violation of fundamental human rights, the failure to implement appropriate legal protocols, and the deliberated disregard for the physical and mental well-being of detainees in the custody of the U.S. Government.

This complaint also address the unjust treatment, denial of medical care, and psychological harm caused by the conditions and actions within the custody of the U.S. Immigration and Customs Enforcement (**ICE**) facility

## II. INCIDENT DESCRIPTION AND SEQUENCE OF EVENTS

On **September 2,2025**, around 8:00 PM, upon returning from the afternoon recreational period at Block B(Bravo Unit), I, **Pablo Reyes**, was brutally attacked by an inmate, Salvadoran Citizen named **Rodrigo** (a.k.a "R5" or "Lagrima"), who is an active member of the violent **MS-13** criminal gang. The attack, which occurred in the hallway near the entrance to housing units **B1** and **B2**, involved Rodrigo attempting to murder me using a **sharp weapon**, resulting in **six stab wounds** to my abdomen, causing both **physical and psychological harm.**

During the attack, **Wilmin Jiminez**, who witnessed the assault and attempted to intervene, also suffered **psychological trauma** as he risked his life to prevent the assault from being fatal. Despite

prior warnings given to authorities, my personal safety was not safeguarded, and the attack was allowed to proceed

During the **attack was a coordinated effort,** planned by several individual within the facility. The leadership of the **MS-13** and **Paisas** gangs were involved, including Salvadoran citizen **Cristian Machuca** from **B5** (a.k.a "Chele"Leader of the Paisas Gang),a Mexican citizen **Uriel Tapia** from **B2** (a.k.a. "Cochiloco" or "Matequilla" member of the Paisas Gang), a Mexican citizen **Carlos Alvarez** from **B6**(a.k.a. "Sinaloa" member of the Paisas Gang),a Salvadoran citizen **Usbin** from **A3** (a.k.a. "Pelon" Leader of the MS-13),and and **Rodrigo**(a.k.a. "R5" or "Lagrima"),the individual who carried out the attack, This was a premeditated assault designed to harm or kill me, which was documented by security cameras of the facility.

Prior to attack, **on August 19,2025,** I had reported to the facility's lieutenants and captains the potential for a future altercation, providing details regarding the aggressors and their bed and cell number, This information was **ignored and neglected** by the authorities which directly resulted in the attack.

### III. VIOLATIONS OF HUMAN RIGHTS AND LEGAL PROTECTIONS

The United States government and its agencies, specifically ICE, have **failed in their duty of care** by neglecting to provide adequate protection and support, as outlined under international human rights laws and conventions. This failure to act has resulted in a series of **human rights violations** and **inhumane treatment,** including:

1. **Failure to Prevent the Attack:** The U.S. Government, through ICE and its officers of the facility Moshannon Valley Processing Center, failed to take appropriate steps to prevent the attack after being informed of the potential threat. The information provided by me was disregarded, and no preventive measures were taken to ensure my safety.
2. **Inhuman treatment and Solitary Confinement:** After the attack, I was placed in **Solitary Confinement** for **over 35 days, with** no medical or psychological care provide despite my severe injuries and existing mental health conditions, including **PTSD, Bipolar Disorder, Severe Depression.** The confinement caused further **Psychological and Emotional Harm,** Leading to deterioration in my mental health.
3. **Violation of International Human Rights Standards:** The condition and treatment I endured

violate several international conventions, including:

- A) **The United Nations Convention Against Torture (CAT),** which prohibits cruel, inhuman, or degrading treatment or punishment.
- B) **The International Covenant on Civil and Political Rights (ICCPR),** which guarantees the right to life, liberty, and security.
- C) **The Geneva Convention, which** protects individuals in detention, including refugees and migrants.
- D) **The Mandela Rules,** which set forth guidelines for the humane treatment of prisoners.
- E) **The Convention on the Rights of Person With Disabilities, which** mandates that individuals with disabilities, such as mental health conditions, receive appropriate care and protection.
- F) **The U.S. Fifth and Eight Amendments,** which protect against self-incrimination, cruel and unusual punishments, and denial of due process

4. **Denial of Legal Rights and Communication:** While in Solitary Confinement, I was **denial access to my legal material and communication which blocked my ability to file motions and proceed with my immigration process.** Additionally, I was **prevented from communicating with ICE officers** requesting an interview to initiate as investigation in to the attack

5. **Lack of Medical and Psychological Care:** I was denied access to essential **Medical treatment** for my physical injuries(with specifically nurse **" Brandi Huger"** who argument is **"you are in complete health, you don't need attention "**)false declaration that in the record of the MVPC Medical Center, reflects all my records, medical conditions and psychological illness in all my detention in over **16 months**, and **Psychological counseling** for the trauma I experienced, exacerbating my mental health condition and leading to further psychological and emotional damage.

## IV. REQUEST FOR IMMEDIATE ACTION

Given the severity of the violations and the ongoing harm, I respectfully request that the relevant authorities take immediate action, as follows:

1. **Initiate an Investigation:** I demand that a full investigation be initiated regarding the **assault on my life, and** that the responsible individuals-**Rodrigo("R5 or Lagrima"),Cristina Machuca ('Chele")Uriel Tapia("Cochiloco or Mantequilla"),Carlos Alvarez ("Sinaloa")Uzbin ("Pelon),**an others accomplices-be held accountable for their actions. I further request that criminal charges be filed against theses individuals for the attack
2. **Immediate Release from Solitary Confinement:** I request my immediate release **from solitary confinement,** given that my physical and mental health has been severely compromised, and that I be provided with appropriate **medical and psychological care** as required by law.
3. **Compensation fro Damages:** I request that be compensated for the **physical, emotional, and psychological damages** caused by the assault, prolonged solitary confinement, and denial of care, This compensation should over the damages under the **Federal Tort Claims Act(FTCA).**
4. **Legal Actions:** I request that a **Civil Lawsuit** be in initiated against the responsible parties under **Section 1983** for violations of my civil rights. Additionally, I request legal action for medical negligence and inhuman treatment under the **FTCA.**
5. **Review and accountability:** I ask that the actions of the authorities involved, particularly the **MVPC Officer** who failed to act upon my warnings and **denied me access to legal resources,** be thoroughly reviewed, I demand a response to my request for an interview and the investigation into the assault.

## V. CONCLUSION

I, Pablo **Reyes Ponce ("Pro Se")**, hereby declare that I am seeking **justice** for the physical and psychological harm caused to me during my detention. I ask That all relevant parties take immediate action to address the **Violation of my Human Rights** and ensure that such abuses do not continue. I further request that my case be reviewed by **International Human Rights Organizations** and **Legal Bodies** to prevent future mistreatment and ensure accountability.

**Respectfully Submitted,**

x: *[signature]*

**Pablo David Reyes Ponce**
**A244086926**
**Case No. 25-2087**
**Moshannon Valley Processing Center**
**555 Geo drive**
**Philipsburg, Pennsylvania 16866**
**814-768-1200**

# CERTIFICATE OF SERVICE

I hereby declare under the penalty of perjury, pursuant to **28 U.S.C. § 1746**, I certify that this document is true and correct, and to be mailed via legal mail over-night Federal Express, this 09/12/ 2025.

X. *[signature]*

**PABLO DAVID REYES PONCE**
A#244086926
Moshannon Valley Processing Center
555 Geo drive
Philipsburg, PA 16866

# Report of Illegal Gang Member Detained in Moshannon Valley Processing Center

In The Matter Of:
Pablo Reyes Ponce
A244086926
*Petitioner.*

---

I, Pablo David Reyes Ponce, hereby formal report that Oswaldo Santos Cruz detained at the Moshannon Valley Processing Center in the area of the SMU in the cell 307, is a member of the Mara Salvatrucha (MS-13) gang and is involved in illegal activities related to gang violence and organized crime
Details of the report:

- Name if the Individual: Oswaldo Santos Cruz
- Description:
- Description of the incident:

  The detainee Oswaldo Santos<member of the MS-13 gang, has been making constant death threats and discrimination against me based on my sexual orientation since Nov.23th, on 2025 which constitute a crime. On Thursday, Nov 20th, on 2025, I reported that this detained was provided in medical drugs to other detainees, Lieutenant Geyer of the SMU area in omission of protecting me claimed that I had Provided this information, which is what caused this whole situation. This situation mates me uneasy, and I fear for my safety, as he has previously attempted a murder on me of another MS-13 gang member detained. I would like to file a formal complaint against this detained because the daily threats and defamation caused by this situation have caused me to suffer from torture and emotional instability

I request that the appropriate authorities investigate this matter urgently to prevent further harm to the another detainees or me and uphold the law

I am willing to cooperate fully with the investigation and provide additional information necessary

Respectfully

x_____
PABLO REYES PONCE
A244086926
MOSHANNON VALLEY PROCESSING CENTER
555 PHILIPSBURG, PENNSYLVANIA 16866

# Request to Open a Criminal Investigation for Attempted Homicide and Victim Cooperation for U Visa Certification

In the Matter Of:
Pablo David Reyes Ponce                                                       [DETAINED]
A244086926
*Petitioner*

---

Dear Sir or Madam:

My name is Pablo David Reyes Ponce, and I writing to formally report a violent crime committed against me, specifically an attempt on my life, which occurred in the **DHS** Custody in the facility Moshannon Valley Processing Center in Philips-burg, Pennsylvania on September 2th, on 2025
I am currently in U.S. Immigration detention and I am representing myself pro se. Because of my detention, I an unable to appear in person, but I respectfully request that you open a formal investigation into this matter.
Bellow is detailed description of the incident:

## I. INTRODUCTION

I, **Pablo Reyes Ponce,** an Ecuadorian citizen with identification number A#244086926 and **Wilmin Jimenez,** a Dominican citizen with the identification number A#206194765,respectfully submit this formal complaint regarding the violation of fundamental human rights, the failure to implement appropriate legal protocols, and the deliberated disregard for the physical and mental well-being of detainees in the custody of the U.S. Government.

This complaint also address the unjust treatment, denial of medical care, and psychological harm caused by the conditions and actions within the custody of the U.S. Immigration and Customs Enforcement (**ICE**) facility

## II. INCIDENT DESCRIPTION AND SEQUENCE OF EVENTS

On **September 2,2025**,around 8:00 PM, upon returning from the afternoon recreational period at Block B(Bravo Unit),I, **Pablo Reyes**, was brutally attacked by an inmate, Salvadoran Citizen named **Rodrigo** (a.k.a "**R5**" or "**Lagrima**"),who is an active member of the violent **MS-13** criminal gang. The attack ,which occurred in the hallway near the entrance to housing units **B1** and **B2**,involved Rodrigo

attempting to murder me using a **sharp weapon,** resulting in **six stab wounds** to my abdomen, causing both **physical and psychological harm.**

During the attack, **Wilmin Jiminez,** who witnessed the assault and attempted to intervene, also suffered **psychological trauma** as he risked his life to prevent the assault from being fatal. Despite prior warnings given to authorities, my personal safety was not safeguarded, and the attack was allowed to proceed

During the **attack was a coordinated effort,** planned by several individual within the facility. The leadership of the **MS-13** and **Paisas** gangs were involved, including Salvadoran citizen **Cristian Machuca** from **B5** (a.k.a "Chele"Leader of the Paisas Gang),a Mexican citizen **Uriel Tapia** from **B2** (a.k.a. "Cochiloco" or "Matequilla" member of the Paisas Gang), a Mexican citizen **Carlos Alvarez** from **B6**(a.k.a. "Sinaloa" member of the Paisas Gang),a Salvadoran citizen **Usbin** from **A3** (a.k.a. "Pelon" Leader of the MS-13),and and **Rodrigo**(a.k.a. "R5" or "Lagrima"),the individual who carried out the attack, This was a premeditated assault designed to harm or kill me, which was documented by security cameras of the facility.

Prior to attack, **on August 19,2025,** I had reported to the facility's lieutenants and captains the potential for a future altercation, providing details regarding the aggressors and their bed and cell number, This information was **ignored and neglected** by the authorities which directly resulted in the attack.

## VIOLATIONS OF HUMAN RIGHTS AND LEGAL PROTECTIONS

The United States government and its agencies, specifically ICE, have **failed in their duty of care** by neglecting to provide adequate protection and support, as outlined under international human rights laws and conventions. This failure to act has resulted in a series of **human rights violations** and **inhumane treatment,** including:

1. **Failure to Prevent the Attack:** The U.S. Government, through ICE and its officers of the facility Moshannon Valley Processing Center, failed to take appropriate steps to prevent the attack after being informed of the potential threat. The information provided by me was disregarded, and no preventive measures were taken to ensure my safety.

2. **Inhuman treatment and Solitary Confinement**: After the attack, I was placed in **Solitary Confinement** for **over 85 days, with** no medical or psychological care provide despite my severe injuries and existing mental health conditions, including **PTSD, Bipolar Disorder, Severe Depression.** The confinement caused further **Psychological and Emotional Harm,** Leading to deterioration in my mental health.

3. **Violation of International Human Rights Standards**: The condition and treatment I endured violate several international conventions, including:

    A) **The United Nations Convention Against Torture (CAT),** which prohibits cruel, inhuman, or degrading treatment or punishment.
    B) **The International Covenant on Civil and Political Rights (ICCPR),** which guarantees the right to life, liberty, and security.
    C) **The Geneva Convention, which** protects individuals in detention, including refugees and migrants.
    D) **The Mandela Rules,** which set forth guidelines for the humane treatment of prisoners.
    E) **The Convention on the Rights of Person With Disabilities, which** mandates that individuals with disabilities, such as mental health conditions, receive appropriate care and protection.
    F) **The U.S. Fifth and Eight Amendments,** which protect against self-incrimination, cruel and unusual punishments, and denial of due process

4. **Denial of Legal Rights and Communication**: While in Solitary Confinement, I was **denial access to my legal material and communication which blocked my ability to file motions and proceed with my immigration process**. Additionally, I was **prevented from communicating with ICE officers** requesting an interview to initiate as investigation in to the attack

5. **Lack of Medical and Psychological Care**: I was denied access to essential **Medical treatment** for my physical injuries(with specifically nurse **" Brandi Huger"** who argument is **"you are in complete health, you don't need attention "**)false declaration that in the record of the M.V.P.C.Medical Center, reflects all my records, medical conditions and psychological illness in all my detention in over **16 months**, and **Psychological counseling** for the trauma I

experienced, exacerbating my mental health condition and leading to further psychological and emotional damage.

I, **Pablo Reyes Ponce ("Pro Se")**, hereby declare that I am seeking **justice** for the physical and psychological harm caused to me during my detention. I ask That all relevant parties take immediate action to address the **Violation of my Human Rights** and ensure that such abuses do not continue. I further request that my case be reviewed by **International Human Rights Organizations** and **Legal Bodies** to prevent future mistreatment and ensure accountability.

I respectfully request the following:

1. that a Formal Investigation be opened.
2. That I be provided with a case/report number
3. That a detective or investigator be assigned
4. That I be contacted in writing at my detention center address

**Respectfully Submitted,**

X. *[signature]*

Pablo David Reyes Ponce
A244086926
Case No. 25-2087
Moshannon Valley Processing Center
555 Geo drive
Philipsburg, Pennsylvania 16866
814-768-1200

# **CERTIFICATE OF SERVICE**

I hereby declare under the penalty of perjury, pursuant to **28 U.S.C. § 1746**, I certify that this document is true and correct, and to be mailed via legal mail over-night Federal Express, this  03/12/ 2025.

x: _[signature]_

**PABLO DAVID REYES PONCE**
A#244086926
Moshannon Valley Processing Center
555 Geo drive
Philipsburg, PA 16866