**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PABLO DAVID REYES PONCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 3:25-489 |
| | ) | Judge Nora Barry Fischer |
| WARDEN, MOSHANNON VALLEY | ) | Magistrate Judge Kezia O. L. Taylor |
| PROCESSING CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER OF COURT</u>**

AND NOW, this 29th day of April, 2026, upon consideration of the Report and

Recommendation of United States Magistrate Judge Kezia O. L. Taylor dated March 13, 2026,

(Docket No. 8), recommending that Plaintiff Pablo David Reyes Ponce's Complaint be dismissed

for failure to prosecute and failure to comply with Court Orders, after conducting a detailed

analysis of all of the relevant factors under *Poulis v. State Farm Fire & Cas. Co.*, 747 F.2d 863

(3d Cir. 1984), and ordering that any objections be filed within 14 days such that objections were

due from non-ECF users like Plaintiff by March 30, 2026, and no objections having been filed by

the date of this Order, the matter having been reassigned to the undersigned for prompt

disposition, and upon independent review of the record and de novo consideration of the

Magistrate Judge's Report and Recommendation of March 13, 2026, (Docket No. 8), which is

ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Complaint (Docket No. 5) is DISMISSED, for

failure to prosecute, in light of the facts and circumstances of this case and the relevant factors

under *Poulis* set forth by the Magistrate Judge, including, among other things, that:

1

- Plaintiff failed to file an Amended Complaint by January 22, 2026 to cure the defects outlined in said Order, (Docket No. 4);

- he similarly failed to respond to the Magistrate Judge's Order to Show Cause dated February 10, 2026 wherein the Magistrate Judge noted that it appeared that Plaintiff had abandoned this case and directed him to show cause why this matter should not be dismissed for failure to prosecute by February 24, 2026, (Docket No. 7);

- he is solely responsible for prosecuting this case as a pro se plaintiff, has not taken sufficient action to prosecute this case as he has not submitted an Amended Complaint or responded to the subsequent Show Cause Order, as directed, and he has otherwise not provided any reasons why this case should not be dismissed for failure to prosecute in the intervening months, at time when he has also separately initiated two additional civil rights actions at Civ. A. Nos. 3:26-cv-673-KT and 3:26-cv-732-KT, which remain pending;

- it appears that there are no other available sanctions to remedy Plaintiff's failure to prosecute as monetary sanctions are inappropriate given his pro se status, and the Magistrate Judge's evaluation that the record is insufficient to determine the meritoriousness of Plaintiff's claims at this time; and

- the facts showing Plaintiff's dilatoriness are further buttressed by his failure to file any objections to the Report and Recommendation by the deadline of March 30, 2026 through the date of this Order – a period of an additional 30 days;

see e.g., *Poulis*, 747 F.2d 863; and,

IT IS FURTHER ORDERED that an appropriate Judgment follows.

*s/ Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf:    United States Magistrate Judge Kezia O. L. Taylor

cc:    PABLO DAVID REYES PONCE
       244086926
       MOSHANNON VALLEY PROCESSING CENTER
       555 GEO DRIVE
       PHILIPSBURG, PA 16866 (via U.S. First Class Mail)

2